IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>TERRY A. DAVIS, JR.,<br>　　　　Defendant. | *<br>*<br>*<br>*<br>*   Cr. No.: 3:11cr-00074<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

　　　Now before the Court is Defendant's request for early termination from supervised release.
　　　IT IS ORDERED that the defendant's motion is denied and that he remain on Supervised Release.

　　　DATED this ___20th___ day of August, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John A. Jarvey, Chief Judge
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Southern District of Iowa